**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 00-10381
(Summary Calendar)
_____


OLEN I. LOVELL

Plaintiff-Appellant,

versus


HARRIS METHODIST HEALTH SYSTEM; TEXAS HEALTH SYSTEM; TEXAS HEALTH
RESOURCES

Defendants-Appellees,

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(99-CV-2809-G)
- - - - - - - - - -
October 16, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

In this employment dispute, Plaintiff-Appellant Olen Lovell
appeals the district court's confirmation of an arbitration award
in favor of Defendants-Appellees.  Lovell alleged that his
employment was wrongfully terminated because of his race.  The case
was submitted to arbitration by agreement of the parties.  The

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

arbitrator ruled for Defendants-Appellees, and Lovell filed a motion in the district court to vacate that award.

Lovell brings before us some sixteen claims, many of which are repetitive or conclusional, or both. Given the extremely limited scope of our review of arbitration cases and Plaintiff-Appellant's failure timely to raise his objections during the arbitration hearing, most of Lovell's claims are either barred or waived, or both. We have examined the remaining claims and, after a careful review of the parties' briefs, pertinent parts of the record, and the memorandum order of the district court, we conclude that they have no conceivable basis in law or in fact, making this appeal frivolous. We therefore dismiss this appeal.

DISMISSED.